**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: T.L., A MINOR | : | No. 470 EAL 2021 |
| | : | |
| | : | |
| PETITION OF: E.D., FATHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | | |
| IN THE INTEREST OF: T.L., A MINOR | : | No. 471 EAL 2021 |
| | : | |
| | : | |
| PETITION OF: E.D., FATHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |

**ORDER**

**PER CURIAM**

     **AND NOW**, this 23rd day of March, 2022, the Petition for Allowance of Appeal is

**DENIED**.